1

2

3

4

5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8    PERCY J. HAGGINS,

9                    Plaintiff,                    CASE NO. 2:17-cv-1550 MJP

10        v.                                       **ORDER GRANTING**
                                                   **APPLICATION TO PROCEED IN**
11   DONALD TRUMP, et al.,                         **FORMA PAUPERIS**

12                    Defendants.

13        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

14   may proceed without prepayment of costs or fees or the necessity of giving security therefore.

15        The Clerk is directed to send a copy of this Order to plaintiff.

16        DATED this 20th  day of October, 2017.

17

18                                           _____
                                             BRIAN A. TSUCHIDA
19                                           United States Magistrate Judge

20

21

22

23